IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OSVALDO VELEZ, et al.,**

       **Plaintiffs,**

vs.                          **CASE NO.: 4:09-CV-49-SPM/WCS**

**METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,**

       **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' "Motion to Compel Appraisal" (doc. 14), filed June 9, 2009. The Defendant's response in opposition to the motion (doc. 15) was filed June 18, 2009. In this motion, Plaintiffs request that this Court compel appraisal of property damage in accordance with the terms of an insurance policy, a copy of which was not included with the motion. Defendant objects, among other things, that an appraisal of damage would be premature as there is a dispute about insurance coverage which is central to the lawsuit. In any case, Plaintiffs' motion is defective in that it fails to comply with Local Rule 7.1(A), which requires a memorandum of law in support of the motion. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

The motion (doc. 14) is hereby *denied.*

**DONE AND ORDERED** this <u>thirtieth</u> day of June, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge