IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSVALDO VELEZ, et al.,

    Plaintiffs,

vs.                                   CASE NO. 4:09-cv-49-SPM/WCS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING MOTION FOR REHEARING

Pending before the Court is Plaintiffs' Motion for Rehearing (doc. 28). The motion does not state grounds that would warrant a change to the Court's Order (doc. 27) denying the Plaintiffs' Motion to Compel Appraisal (doc. 22). Accordingly, it is

    ORDERED AND ADJUDGED that the Motion (doc. 28) is denied.

    DONE AND ORDERED in this <u>fourteenth</u> day of September, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge